```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                              :
NYI NYI ZAW,                                  :
                                              :   ORDER OF DISCONTINUANCE
                         Plaintiff,           :   18 Civ. 540 (GWG)
                                              :
       -v.-                                   :
                                              :
                                              :
MARCO POLO CATERERS, INC., et al.,            :
                                              :
                                              :
                         Defendants.          :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      This case contains claims under the Fair Labor Standards Act. On May 9, 2018, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c). At a settlement conference held on May 9, 2018, the terms of a proposed settlement were placed on the record. In addition, the parties made a joint application on the record to approve the settlement pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

      At that time, the Court reviewed the proposed settlement, and considered the parties' arguments. For the reasons stated on the record, the Court found that the settlement was fair and reasonable.

      Accordingly, the settlement is approved and this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement.

      Any pending motions are moot. The Clerk is requested to close the case.

SO ORDERED.

Dated: May 10, 2018
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge